**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION**

| | | |
|---|---|---|
| **NADINE O. STONE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. _____** |
| | ) | |
| **RICH PRODUCTS CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF REMOVAL**

In accordance with 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Rich Products Corporation ("Defendant") hereby removes this case to the United States District Court for the Western District of Tennessee on the following grounds:

1.      On January 2, 2026, Plaintiff Nadine O. Stone ("Plaintiff") filed a *pro se* Complaint against Defendant in the Chancery Court for Haywood County, Tennessee, Case No. 2025-CH-111, alleging a breach of contract and unspecified claims under the FMLA.  Plaintiff seeks, among other general relief, $500.000.00 in monetary damages.

2.      On January 20, 2026, Defendant was served via process server with a Summons and Complaint in this action, a copy of which is attached as **Exhibit A.**

3.      No other process, pleadings, or orders have been served on Defendant.

4.      At the time of the filing of the Complaint, and at the time hereof, Plaintiff is alleged to be a resident of Stanton, Tennessee, which is located within Haywood County. (Compl. at p. 1). During this same period of time, Defendant was and is incorporated under the laws of the State of Delaware with its principal place of business in Buffalo, New York.

1

5. Removal of this action to this Court is proper under 28 U.S.C. § 1441 because this Court has original jurisdiction of this action under 28 U.S.C. § 1332. There is complete diversity of citizenship between Plaintiff and Defendant, and the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332. More specifically, Plaintiff has demanded in excess of $75,000 in damages.

6. Accordingly, this Court has original jurisdiction of the Complaint, and removal of this action is proper because it has been sought within thirty (30) days of Defendant receiving notice of this suit. *See* 28 U.S.C. § 1446(b).

7. Venue is also proper in this district under 28 U.S.C. § 1446(a), as the United States District Court for the Western District of Tennessee, Jackson Division, is the federal district court for the district and division within which the above-referenced state-court action is currently pending.

8. In accordance with 28 U.S.C. § 1446(d), Defendant will promptly file a copy of the Notice of Removal with the Clerk and Master for the Chancery Court for Haywood County, Tennessee and give written notice of this Notice of Removal to Plaintiff. Copies of all process, pleadings, and orders from the Haywood County Chancery Court's file have been attached hereto.

WHEREFORE, Defendant hereby removes this action from the Chancery Court for Haywood County, Tennessee to the United States District Court for the Western District of Tennessee.

Dated this 9th day of February 2026.

2

Respectfully submitted,

BASS, BERRY & SIMS

By: */s/ Tim K. Garrett*
Tim K. Garrett (TN BPR# 012083)
James T. Snodgrass (TN BPR #036212)
BASS, BERRY & SIMS PLC
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
Telephone: (615) 742-6200
Facsimile:  (615) 742-6293
tgarrett@bassberry.com
jimmy.snodgrass@bassberry.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February 2026, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system and by United States mail, postage prepaid, to:

Nadine O. Stone
214 Willis School Road
Stanton, Tennessee 38069

*/s/ Tim K. Garrett*

3